JOSEPH P. MANTON

*vs.*    Equity, No. 3639.

THOMAS H. RAY.

19a 423
f22 333

### EQUITY PLEADING.

After the decision in the case reported in 18 R. I. 672, the complainant amended his bill so as to aver that he " was, on the 21st day of June, A. D. 1893, possessed of and was the owner of certain shares of stock, to wit, twenty-five shares of the capital stock of the Home Investment Company," etc.

### RESCRIPT.

*Filed April 8, 1896.*

We are of the opinion that the allegation of the amended bill that the respondent had the stock at the time of making the contract with the complainant is sufficient. *Milkman v. Ordway*, 106 Mass. 232. The demurrer is therefore overruled.

*Clarke H. Johnson*, for complainant.
*Wilson & Jenckes*, for defendant.